IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES H. GOSSARD,                   :

   Plaintiff,                        :

vs.                                 :       CA 14-0395-C

CAROLYN W. COLVIN,                  :
Acting Commissioner of Social Security,
                                    :
   Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,023.33 under the Equal Access to Justice Act, representing compensation for 5.50 hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $186.06, and court costs of $400.00; the total EAJA award due and owing plaintiff is $1,423.33.

**DONE** this the 27th day of August, 2015.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**